No. 12–391.  MENDOZA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–439.  MATHUR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–485.  GRIFFIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–488.  VANDEBRAKE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–493.  PASICOV v. HOLDER, ATTORNEY GENERAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–517.  TEAMSTERS LOCAL UNION No. 523 v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 12–570.  REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. v. CALDERA PHARMACEUTICALS, INC.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 12–579.  DANIELCZYK ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–588.  GUERRERO-CASTRO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–632.  BEECH, INDIVIDUALLY AND AS TUTRIX AND GUARDIAN OF HER MINOR CHILD BEECH v. HERCULES DRILLING Co., L. L. C.  C. A. 5th Cir.  Certiorari denied.

No. 12–638.  ZAHL v. KOSOVSKY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–639.  HUANG v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–657.  CASH ADVANCE NETWORK, INC. v. FELTS.  Sup. Ct. N. M.  Certiorari denied.